1948, to September 7, 1949, inclusive, shall be taxed as recommended in the Fourth Interim Report.

An order is entered fixing the compensation and allowing the expenses of the Special Master as of September 7, 1949.

No. 152, Misc. PLAINE v. BURFORD, WARDEN;
No. 161, Misc. HOBBS v. SWENSON, WARDEN;
No. 163, Misc. PULLINS v. ALVIS, WARDEN; and
No. 168, Misc. RUTHVEN v. OVERHOLSER. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 155, Misc. RHEIM v. FOSTER, WARDEN. The motion for leave to file petition for writ of certiorari is denied.

*Certiorari Granted. (See also No. 224, supra.)*

No. 156. UNITED STATES v. COMMODITIES TRADING CORP. ET AL. Court of Claims. Certiorari granted. *Solicitor General Perlman* for the United States. *Edward L. Blackman* for respondents.

No. 163. COMMODITIES TRADING CORP. ET AL. v. UNITED STATES. Court of Claims. Certiorari granted. *Edward L. Blackman* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Melvin Richter* for the United States.

No. 273. UNITED STATES v. MORTON SALT Co.; and
No. 274. UNITED STATES v. INTERNATIONAL SALT Co. C. A. 7th Cir. Certiorari granted. MR. JUSTICE DOUGLAS and MR. JUSTICE MINTON took no part in the consid-